**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA , et al., | : | CIVIL ACTION |
| | : | |
| Plaintiffs, | : | |
| | : | CLASS ACTION |
| MICHAEL KIRBY, et al., | : | |
| | : | No. 2:74-cv-00258 |
| Plaintiffs-Interveners, | : | |
| | : | |
| v. | : | |
| | : | |
| JOSEPH RIZZO, et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER

AND NOW, on September 29, 2014, upon consideration of the City of Philadelphia's Second Motion to Dissolve the Consent Decree (doc. 318), Plaintiffs' response, and following oral argument on September 24, 2014 it is **ORDERED** that the motion is **GRANTED**. The Consent Decree shall be permanently dissolved.

The Clerk of Court is **DIRECTED** to close this case.

BY THE COURT:

TIMOTHY R. RICE
U.S. MAGISTRATE JUDGE